UNITED STATES PRINTING AND LITHOGRAPH COMPANY, Respondent, v. MURRELL L. BUCKNER et al., Copartners under the Firm Name of SOUTHERN LEAF TOBACCO COMPANY, Appellants.

(Submitted September 29, 1924; decided October 7, 1924.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 238 N. Y. 564.)

---

PHILIPPINE NATIONAL BANK, Respondent, v. BANCO DI ROMA, Appellant.

*Appeal — unanimous affirmance — motion to dismiss granted.*

*Philippine Nat. Bank v. Banco Di Roma,* 209 App. Div. 822, appeal dismissed.

(Submitted September 29, 1924; decided October 7, 1924.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 29, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

The motion was made upon the grounds that an appeal to the Court of Appeals did not lie as matter of right and that permission to appeal had not been obtained.

*John W. Hannon* for motion.

*Carroll G. Walter* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.